

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**

JUL 06 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ALLEN Joseph GORDON
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Ismail NADER

Officer Victor Guebara

City of Chicago

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:22-cv-03510
Judge Kendall
Magistrate Judge Harjani
PC 1
RANDOM

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: ALLEN J. GORDON

   B. List all aliases: N/A

   C. Prisoner identification number: R57280

   D. Place of present confinement: VIENNA Correctional Center

   E. Address: 6695 State Route 146 EAST, Vienna, IL 62995

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Ismail NADER

      Title: Officer

      Place of Employment: Chicago Police Department

   B. Defendant: Victor Guebara

      Title: Officer

      Place of Employment: Chicago Police Department

   C. Defendant: City OF CHICAGO

      Title: ~~(scribbled out)~~

      Place of Employment: ~~(scribbled out)~~

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____N/A_____

    B. Approximate date of filing lawsuit: _____N/A_____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

    D. List all defendants: _____N/A_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

    F. Name of judge to whom case was assigned: _____N/A_____

    G. Basic claim made: _____N/A_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

    I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date 7-7-2020 Officers from the Chicago police Department specifically the precinct located at 7040 S. Cottage Grove Ave Chicago, Illinois apprehended/arrested me inside the residents of 7414 S. Colfax Chicago, IL 60649. I was placed in custody by officer Ismail #17965 and was taken outside to the police cruizer. Officer Ismail #17965 shoved me against the back of the police cruizer, to avoid being shoved again I pulled away from officer Ismail #17965. Officer Ismail #17965 then took me by the handcuffs and swung me towards the ground, I fell backwards on the grass, landing on my back. Officer Gruebara #17147 ran-up and begin punching me in my left eye repeatedly. Blood immediately began pouring down my left eyebrow. I was searched again & then placed in the back of another police cruizer unmarked. I was taken to 7040 S. Cottage Grove Ave

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and repeatedly asked for medical attention. Blood had now got in my eye & my eye began to swell. I recieved NO medical attention until hours later I was driven to University of Chicago for treatment By now my left eye was BLACK & swollen closed shut, blood still coming out. when I finally saw DR. checkett, I was asked what happen. I told him I was beatin by the police.

Officer Ismail #17965 and Officer Gruebara #17147 violated my 4th amendment Constitutional right using excessive force that was unnecessary. Once I was in handcuffs, laying on the ground on my back. There was no need for officer Gruebara to punch me in my eye. They did this not to protect themselves, but to abuse there authority as police officers.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) monetary damages

2.) Punitive damages

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __06__ day of __14__, 20__22__

_____
(Signature of plaintiff or plaintiffs)

ALLEN J. GORDON
(Print name)

R57280
(I.D. Number)

6695 State Route 146 East
Vienna, IL 62995
(Address)

Allen J. Golson #R57280
Vienna Correctional Center
6695 State Route 146 East
Vienna, IL 62995

LEGAL
privilidge mail

Everett McKinley Dirksen Building
U.S. Courthouse, 20th floor
219 South Dearborn street
Chicago, IL 60604



Correspondence is from an inmate of IL Dept of Corrections

US POSTAGE $001.36
ZIP 62995
JUN 27 2022